MATTHEW SCHINDLER, OSB# 964190
314 Encino Lane Unit A
San Clemente, CA 92672
503-928-2548
mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT JOSEPH DIBEE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Case No. 6:22-cr-00134-MC |
| vs. | NOTICE OF APPEAL |
| JOSEPH DIBEE,<br>Defendant. | |

Joseph Dibee, through counsel, appeals the order of the court imposing restitution on him in the amount of $82,497.60.

Respectfully submitted on November 30, 2023.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Joseph Dibee

NOTICE OF APPEAL