## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket No.  0979 6:06CR60011-1-MC** |
| | ) | **0979 6:22CR00134-1-MC** |
| **v.** | ) | |
| | ) | **ORDER FOR EARLY TERMINATION** |
| **JOSEPH  DIBEE,** | ) | **OF SUPERVISED RELEASE** |
| | ) | |
| **Defendant.** | ) | |

On, November 1, 2022, defendant was sentenced to the custody of the Bureau of Prisons for a period of Time Served to be followed by a 4-year term of supervised release subject to standard and special conditions in Case No.: 06CR0011 and 22CR0314. The term of supervised release began on November 1, 2022.  On January 30, 2025, the defendant emailed the Court and requested early termination. This request was granted in case 06CR0011 and 22CR0314.

Respectfully submitted,                                    Approved,

_Rebecca Capstick_                                        _[signature]_

Rebecca Capstick                                            Jeremy Corey
Supervising U.S. Probation Officer                Deputy Chief U.S. Probation Officer

*PETITION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE*
*DIBEE, Joseph*                                                                            *Page 1*

# ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of supervised release is hereby terminated.

**DATED** this 17th day of March, 2025.

s/Michael J. McShane
_____
The Honorable Michael J. McShane
Chief U.S. District Judge